# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
|---|---|---|
| | : | Criminal No. 13-2550-4 (DEA) |
| v. | : | |
| | : | ORDER MODIFYING CONDITIONS |
| Avrohom Goldstein | : | OF RELEASE |

This matter having come before the Court upon the application of defendant Avrohom Goldstein, by his attorney Charles E. Waldron, Esq., for an order modifying the conditions of release pursuant to Title 18 United States Code, Sections 3141, 3142(c) and 3143, to change the status of defendant Avrohom Goldstein's release from home incarceration to home detention; and to permit defendant Avrohom Goldstein to have contact with his father and brother, co-defendants Jay Goldstein and Moshe Goldstein; and the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey, (R. Joseph Gribko, Assistant U.S. Attorney, appearing), having no objection to such modifications; and counsel for co-defendants Jay Goldstein and Moshe Goldstein having consented to these modifications; and the Court being satisfied that the following modifications of the release conditions will reasonably assure the appearance of defendant Avrohom Goldstein as required and will not endanger the safety of any other person and the community; and for good and sufficient cause shown:

WHEREFORE, on this 30th day of JAN, 2014;

ORDERED that the conditions of release imposed upon defendant Avrohom Goldstein are modified in the following respects:

1. Defendant Avrohom Goldstein's release status is changed from home incarceration to home detention;

RECEIVED JAN 30 2014 DOUGLAS E. ARPERT U.S. MAGISTRATE JUDGE

2. Defendant Avrohom Goldstein and his father and brother, co-defendants Jay Goldstein and Moshe Goldstein are permitted to have contact with one another.

_____
Hon. Douglas E. Arpert
United States Magistrate Judge

SEEN AND AGREED:

By: _____ Dated: Jan 30, 2014
R. Joseph Gribko, Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey

By: _____ Dated: Jan 27, 2014
Charles E. Waldron, Esq.
Attorney for Defendant Avrohom Goldstein

By: _____ Dated: 1/27, 2014
Roger L. Stavis, Esq.
Gallet, Dreyer & Berkey, LLP
Attorney for Defendant Moshe Goldstein

By: _____ Dated: January 27, 2014
Aidan P. O'Connor, Esq.
Pashman Stein, P.C.
Attorney for Defendant Jay Goldstein