# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

Avrohom Goldstein,

Defendant.

Mag. No. ~~13-2550 (DEA)~~ 14-117 (FLW)

BAIL MODIFICATION ORDER

This matter having come before the Court upon the application of defendant Avrohom Goldstein, by his attorney Charles E. Waldron, Esq., dated March 31, 2015, for an Order modifying the conditions of release pursuant to 18 U.S.C. §§3141, 3142(c), 3143, and upon notice to the United States Attorney Paul J. Fishman (R. Joseph Gribko, Assistant United States Attorney, appearing),

IT IS on this 31st day of ~~April~~ March, 2015,

ORDERED that Avrohom Goldstein's bail be modified as follows:

- Avrohom Goldstein shall be permitted to travel to Easton, PA with his wife and children on Tuesday, April 7, 2015 to visit the Crayola Factory.
- Such permission is only valid for the date of April 7, 2015.
- All other existing pretrial conditions shall remain in effect.

_____
Hon. Douglas E. Arpert
United States District Court Magistrate Judge